UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDALL PITTS,

    Plaintiff,

v.                                                      Case No. 5:15cv255/LC/CJK

DR. LOPEZ, et al,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner case, filed under 28 U.S.C. § 1331 and *Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971), is before the court upon plaintiff's motion to voluntarily dismiss his claims against each defendant.[1] (Doc. 68). Plaintiff requests that the dismissal be without prejudice. (*Id.*). Because plaintiff's motion was filed after defendants served their motion to dismiss or, in the alternative, for summary judgment (doc. 56), and because plaintiff's motion was not accompanied by a stipulation of dismissal signed by all parties who have appeared, this action may be dismissed only by court order. *See* Fed. R. Civ. P. 41(a).

---

[1] The defendants are Dr. Hector Lopez, Diane Hassan, Dr. Kendes Archer, Melanie Alexander, Dr. Carolyn Morris-Veasey, Gretchen Ryle and Dr. James Dixon.

The court has provided defendants the opportunity to respond to plaintiff's motion, with notice that failure to respond would result in entry of an order dismissing plaintiff's claims without prejudice. (Doc. 69). Defendants have not responded.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's motion for voluntary dismissal (doc. 68) be GRANTED.

2. That this action be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(2).

3. That the clerk be directed to close the file.

At Pensacola, Florida this 1st day of May, 2017.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.